

February 9, 2015

**Via ECF**
Honorable Gary R. Brown
UNITED STATES DISTRICT COURT
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Deborah Ramey and Robert Kaible, individually and on behalf of all others similarly situated v. US. Forensic, LLC, Gary L. Bell, Michael P. Garove, Harry George Hernemar, Wright National Flood Insurance Company, Colonial Claims Corporation, and David Maxime*
            Case No. 2:14-cv-06861-JMA-AKT

Dear Judge Brown,

      U.S. Forensic filed letters in 2:14-cv-03937-ADS-SIL - *Giovinco v. Fidelity National Prop. & Cas. Ins. Co.* (DE [44] and [48]) and 2:14-cv-00476-JS-ARL - *Wellisch v. Wright National Flood Ins. Co.*(DE [90] and [94]) asserting that U.S. Forensic is not a party to those cases and therefore, the Court does not have jurisdiction to subpoena its witnesses to testify at the February 19, 2015 hearing. In response to those assertions, Plaintiffs request the Court order the in-person attendance of all parties and their counsel at the status conference set in this case on February 18, 2015 at 10:30 a.m. Many of the defendants will already be in attendance to testify at the show cause hearing set for the same date and time in 2:14-cv-00461-JFB-SIL *Raimey et al v. Wright National Flood Ins. Co.* The attendance of all parties will allow Plaintiffs to take the necessary testimony of Michael Garove on February 18, 2015, which can continue to February 19, 2015 if necessary since Mr. Garove's counsel refuses to produce him voluntarily.

      We greatly appreciate the significant time the Court has already given and allotted for these important issues.

                                      Sincerely,

                                      ***/s/ J. Steve Mostyn***

                                      J. Steve Mostyn

cc: All parties via ECF

**Mostyn Law Firm**
3810 W. Alabama Street   Houston, Texas 77027   **T** 713 714 0000   **F** 713 861 8084   mostynlaw.com

HOUSTON / BEAUMONT / AUSTIN / GALVESTON   1 800 400 4000